IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Steven McConnal,  :  :     Plaintiff(s),  :  : vs.  :  : Commissioner of Social Security,  :  :     Defendant(s).  : | Case Number: 1:14cv179  Judge Susan J. Dlott |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 26, 2015 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 12, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.

   s/Susan J. Dlott   
Judge Susan J. Dlott
United States District Court