IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Steven McConnal,                                :
                                                :
       Plaintiff(s),                            :
                                                :  Case Number: 1:14cv179
  vs.                                          :
                                                :  Judge Susan J. Dlott
Commissioner of Social Security,                :
                                                :
       Defendant(s).                            :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 1, 2015 (Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 20, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court ORDERS that the EAJA fee petition is GRANTED and the plaintiff is AWARDED $5,576.00 in attorney fees.

IT IS SO ORDERED.

                                                                  s/Susan J. Dlott
                                                                   Judge Susan J. Dlott
                                                                   United States District Court